# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Victoria Giampa,

    Appellant

v.

Selene Financial, et al.,

    Appellees

Case No.: 2:24-cv-01055-JAD

**Order Granting Motion to Transfer Case to the Ninth Circuit Bankruptcy Appellate Panel**

[ECF Nos. 5, 9]

Pro se appellant Victoria Giampa contends that this bankruptcy appeal was inadvertently opened in the wrong court. She argues that a clerical error caused the bankruptcy-court clerk to send her appeal to this district court, when she intended to appeal to the Ninth Circuit's Bankruptcy Appellate Panel (BAP). She now moves to transfer this case to the BAP and to stay this case while that motion is pending.[1] The appellees did not file a response to her transfer motion, and the deadline to do so has passed. Under this district's Local Rule 7-2(d), "[t]he failure to an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." I thus grant Giampa's motion as unopposed and order that this case be transferred to the BAP for further proceedings. And because I granted the relief Giampa seeks, I deny as moot her motion to stay this case pending transfer.

## Conclusion

IT IS THEREFORE ORDERED that Victoria Giampa's motion to transfer this case to the Ninth Circuit Bankruptcy Appellate Panel **[ECF No. 5] is GRANTED. The Clerk of Court**

---

[1] ECF Nos. 5, 9.

is directed to SEND this order and a copy of this case's docket to the Ninth Circuit Court of Appeals Bankruptcy Appellate Panel, with reference to Giampa's open BAP case, Case No. **24-1103.**

IT IS FURTHER ORDERED that Giampa's motion to stay proceedings **[ECF No. 9] is DENIED as moot.** The Clerk of Court is ordered to CLOSE THIS CASE following **transfer.**

_____
U.S. District Judge Jennifer A. Dorsey
July 9, 2024